**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00261-CR

### ANDRE BROOKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-15689-U**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel.  Accordingly, we **ORDER** appellate counsel George Conkey to provide appellant with copies of the clerk's and reporter's records.   We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **OCTOBER 30, 2014**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Peri Wood, official court reporter, 291st Judicial District Court; George Conkey; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Andre Brooks, TDCJ No. 1903493, Clemens Unit, 11034 Hwy 36, Brazoria, Texas 77422.

/s/     LANA MYERS
         JUSTICE